(Pleito No. 73.—Fallado el 20 de Agosto de 1900.)

Blumenstiel contra El Registrador de la Propiedad.

Solicitud de un *Mandamus*.

Se falló: Que la solicitud de un mandamiento para que se ordene á un Registrador de la Propiedad á inscribir un título deberá sustanciarse de acuerdo con lo preceptuado en la Orden General número 99 de treinta de Abril de mil novecientos, la cual derogó los artículos de la Ley Hipotecaria y su Reglamento anteriormente aplicables àl caso.